# CIVIL MINUTES

| Case No: CV 07-513-ST | Proceeding Date: 10/17/2007 |
|---|---|

**Case Title:** Ilias v. Johnson

**Presiding Judge:** Janice M. Stewart

**Courtroom Deputy:** Donna Ausbie
Telephone: (503) 326-8057 • E-mail: Donna_Ausbie@ord.uscourts.gov

| Reporter: n/a | Tape No: n/a |
|---|---|

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) Spencer Neal | (1) Karen Vickers |
| (2) | (2) James Rice |

NOTIFICATION:

**Docket Entry:** Record of Rule 16 Telephone Conference.

ORDER: Striking the current schedule and setting the following deadlines:
| | |
|---|---|
| WAIVED | Joint ADR Report; |
| 2/5/2008 | Close of discovery and written consents to proceed before a Magistrate Judge, if any, due; |
| 2/5/2008 | Filing of dispositive motions (oral argument must be requested in accordance with Local Rule 7.1(e)); |
| 2/20/2008 | Responses to dispositive motions; |
| 3/5/2008 | Replies to dispositive motions; |
| 3/10/2008 | Taking dispositive motions under advisement; |
| 6/25/2008 | Exchange of Expert Disclosure Statements and Pretrial Order due. |

ORDER: If the parties file written consents to a Magistrate Judge, then the court will waive the Pretrial Order and hold a telephone conference to set a trial date before Magistrate Judge Stewart. Otherwise, upon the filing of the Pretrial Order, the case will be transferred to a district judge to set a trial date.

ORDER: Waiving Local Rule 56.1(a)(2) requiring a Concise Statement of Material Facts supporting a motion for summary judgment. However, if the moving party elects to file a Concise Statement of Material Facts, then the responding party will have to comply with LR 56.1 (b) & (c) or risk having the moving party's material facts deemed admitted under LR 56.1(f).

ORDER: When submitting dispositive motions and memoranda to the Court, the parties shall either file a disk containing their motions and memoranda, excluding exhibits, in a format compatible with Word Perfect, or send copies by e-mail to Donna_Ausbie@ord.uscourts.gov.

NOTICE TO COUNSEL:
Pursuant to Local Rule 7.1(a)(1), the party filing a motion must certify in the first paragraph of the motion that:
    (A)    The parties made a good faith effort through personal or telephone conferences to resolve the dispute, and have been unable to do so; or
    (B)    The opposing party willfully refused to confer.
The court may deny any motion that fails to include this certification.